# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEWISH ASSOCIATION ON AGING D/B/A CHARLES MORRIS NURSING AND REHABILITATION CENTER, | : No. 456 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| SOLOMON WHITE, | :<br>: |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.